**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RAYMOND LAMAR BROWN, | 1:20-cv-8463 (NLH) (SAK) |
| Plaintiff, | **MEMORANDUM OPINION** |
| v. | **& ORDER APPOINTING COUNSEL** |
| RICHARD SMITH, et al., | **UNDER 28 U.S.C. § 1915** |
| Defendants. | |

**APPEARANCES**:

Raymond Lamar Brown
48657
Cumberland County Jail
54 W. Broad St.
Bridgeton, NJ 08302

    Plaintiff <u>pro se</u>

James R. Birchmeier, Esq.
Birchmeier & Powell LLC
1891 State Highway 50
PO Box 582
Tuckahoe, NJ 08250-0582

    Counsel for Defendants Richard Smith and Jody Hirata

Stephen D. Holtzman, Esq.
Jeffrey S. McClain, Esq.
Holtzman McClain & Londar, PC
524 Maple Avenue
Suite 200
Linwood, NJ 08221

    Counsel for Defendant Dr. Alan Dias

**HILLMAN**, District Judge

    WHEREAS, Plaintiff Raymond Lamar Brown filed this complaint

under 28 U.S.C. § 1915 on July 9, 2020, ECF No. 1; and

WHEREAS, the Court granted Plaintiff's in forma pauperis application and permitted the complaint to proceed, ECF Nos. 2 & 3; and

WHEREAS, the Magistrate Judge denied Plaintiff's prior applications for the appointment of counsel after concluding the factors set forth in Tabron v. Grace, 6 F.3d 147 (3d Cir. 1993) did not support appointing counsel at that time, ECF Nos. 8, 22; and

WHEREAS, Plaintiff is also a class representative in a class action seeking injunctive relief that is pending before this Court, Brown v. Warren, 20-7907.  The Court conducted many hours of evidentiary hearings throughout April and May 2021, which included Plaintiff's testimony, on the plaintiffs' request for a preliminary injunction addressing the COVID-19 protocols at the Cumberland County Jail; and

WHEREAS, the parties entered into a consent decree and the Court appointed a special master in the class action to issue a report "containing findings and recommendations . . . regarding the adequacy of COVID-19 protections and procedures at the Cumberland County Jail."  Brown v. Warren, No. 20-7907 (D.N.J. May 13, 2021) (ECF No. 126 at 4-5); and

WHEREAS, Plaintiff Brown's individual complaint concerns many of the same allegations as the pending class action; and

WHEREAS, the Court sua sponte concludes that the interests of justice support appointing counsel at this time, 28 U.S.C. § 1915(e)(1); and

WHEREAS, the Court concludes that the Tabron factors weigh in favor of appointing counsel to represent Plaintiff in this action due to the complexity of the case, discovery challenges, probable need for expert testimony, and Plaintiff's inability to afford counsel on his own,

THEREFORE, IT IS on this  10th   day of  June   , 2021

ORDERED that the Clerk shall select an attorney from the civil pro bono panel; and it is further

ORDERED that the selected appointed attorney from the civil pro bono panel shall enter a notice of appearance within fourteen (14) days of the date of his or her appointment; and it is finally

ORDERED that the Clerk shall send a copy of this Order to Plaintiff by regular mail.

At Camden, New Jersey
          s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.