

faegredrinker.com

**Abigail M. Luhn**
Associate
abigail.luhn@faegredrinker.com
973-549-7237 direct

**Faegre Drinker Biddle & Reath LLP**
600 Campus Drive
Florham Park, New Jersey 07932
+1 973 549 7000 main
+1 973 360 9831 fax

March 14, 2023

**VIA ECF**

Honorable Ann Marie Donio
United States Magistrate Judge
U.S. District Court - District of New Jersey
Mitchell H. Cohen Courthouse
1 John F. Gerry Plaza, Courtroom 3B
4th & Cooper Streets
Camden, NJ 08101

Re:   Raymond Lamar Brown v. Richard Smith, et al.
      Case No. 1:20-cv-08463-NLH-AMD

Dear Judge Donio:

We write on behalf of Plaintiff Raymond Lamar Brown ("Plaintiff") in the above-captioned matter and in follow up to the Court's January 20, 2023 60-day Order pending consummation of settlement, which Order sets the administrative termination deadline for the case as March 21, 2023.

Plaintiff respectfully requests an additional thirty (30) days, until April 20, 2023, to file the requisite dismissal papers per Federal Rule of Civil Procedure 41 as consummation of the agreement(s) is/are processed.

We have conferred with all defendants' counsel. Defendants' counsel does not object to this request.

Thank you for your consideration of this matter.

Respectfully submitted,

FAEGRE DRINKER BIDDLE & REATH LLP

Abigail M. Luhn

Honorable Ann Marie Donio                    -2-                         March 14, 2023

CC: Susana Cruz Hodge, Esq. (via ECF)
    Stephen D. Holtzman, Esq. (via ECF)
    Jeffrey S. McClain, Esq. (via ECF)
    Michael Louis Testa, Sr., Esq. (via ECF)
    Justin Robert White, Esq. (via ECF)
    Jack N. Frost, Jr., Esq. (via ECF)
    All Counsel of Record (via ECF)

So Ordered this 15th day of March 2023

By:_____
     ANN MARIE DONIO, U.S.M.J.